IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VINCENT YOUNG,

    Plaintiff,

v.

MEG HEAP; GILBERT STACY,
Public Defender; and BOONE
PHILLIPS, District Attorney;

    Defendants.

CASE NO. CV416-072

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's 42 U.S.C. § 1983 complaint is hereby **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 14th day of September 2016.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA