AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Vincent Young,

                          JUDGMENT IN A CIVIL CASE

          v.                CASE NUMBER: CV416-72,

Meg Heap, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/14/16, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case with prejudice.

9/14/16  
Date

Scott L. Poff  
Clerk

_(signature)_  
(By) Deputy Clerk

GAS Rev 10/1/03